UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
APR 13 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 11-357-JBC

MELANIE WOMACK ORR,                                  PLAINTIFF,

V.                             **NOTICE OF DISMISSAL**

TRS RECOVERY SERVICES, INC.,                               DEFENDANT.

\* \* \* \* \* \* \* \* \*

       On April 12, 2012, the plaintiff filed a notice of settlement (R. 4) which provided notice of the plaintiff's desire to dismiss this matter with prejudice pursuant to a settlement agreement reached between the parties. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In this action, the defendant has not filed an answer or a motion for summary judgment. The requirements for dismissal of an action under this Rule having been satisfied, all claims in the above-captioned case by the plaintiff, Melanie Womack Orr, against the defendant, TRS Recovery Services, Inc., are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and this matter is **CLOSED** and stricken from the court's active docket.

       This 13th day of April, 2012,

ROBERT R. CARR
Clerk, United States District Court,
Eastern District of Kentucky

By: /s/ Mitchell W. Zegafuse
Mitchell W. Zegafuse, Deputy Clerk